UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2012 SEP 18  AM 10: 21

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>SUSANA PATRICIA MENDEZ (1),<br><br>                Defendant. | CASE NO. 12CR3257-WQH<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Information:

(1) 21:952 and 960 - Importation of Methamphetamine and Heroin (2) 21:952 and 960 - Importation of Cocaine (Felony)

---

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 17, 2012

                                             William Q. Hayes
                                             U.S. District Judge